ALEXANDER COMMUNITY LAW CENTER          **E-filed 5/24/05**
Scott Maurer     SBN 180830
1030 The Alameda
San Jose, CA 95126
408-288-7030 (Phone)
408-288-3581 (Fax)

Attorney for Plaintiff, MARIA NAVAS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| MARIA NAVAS, | : | Case No.:   C05 00828 JF |
| Plaintiff, | : | NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE |
| vs. | : | |
| JBC LEGAL GROUP, P.C., and NCO FINANCIAL SYSTEMS, Inc., | : | {F.R.Civ.P. 41(a)(1)(i)} |
| Defendants. | : | |

TO: The Court and all parties of record.

    Notice is hereby given that the above-captioned matter is dismissed on the merits and with prejudice.

Respectfully Submitted,          ALEXANDER COMMUNITY LAW CENTER

Dated ___May 17, 2005__          ____/s/_____
                                 Scott Maurer,
                                 Attorney for Plaintiff Maria Navas

IT IS SO ORDERED.          Judge Jeremy Fogel /s/electronic signature authorized
5/24/05                    United States District Court